In the Matter of ANTHONY C. DONOFRIO, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Decided April 25, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question. Judiciary Law § 90 (8) does not provide an independent predicate for an appeal as of right to the Court of Appeals.

NADIA DOS SANTOS et al., Appellants, v POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, et al., Defendant.

Submitted March 4, 2013; decided April 25, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 856 (2013)].

Judge RIVERA taking no part.